# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CECIL TYRON PEEL                                                                                    PLAINTIFF

V.                                    NO. 3:12CV00212 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 11th day of December, 2013.

_____
UNITED STATES MAGISTRATE JUDGE